Dale R. Cockrell
MOORE, COCKRELL,
GOICOECHEA & JOHNSON, P.C.
145 Commons Loop, Suite 200
P.O. Box 7370
Kalispell, MT 59904-0370
Telephone: (406) 751-6000
Facsimile:  (406) 756-6522
Email:  dcockrell@mcgalaw.com

*Attorneys for Defendant Pan-American Life Insurance Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| JANET HEINZE,<br><br>Plaintiff,<br><br>v.<br><br>PAN-AMERICAN LIFE INSURANCE COMPANY and JOHN DOES 1-4<br><br>Defendants. | Cause No.  9:16-CV-00104-DWM<br><br>**NOTICE OF SETTLEMENT** |

Defendant Pan-American Life Insurance Company hereby provides this Notice of Settlement.  Within thirty (30) days of this Notice, the parties will file a stipulation for dismissal with prejudice and proposed order of dismissal with prejudice.

Dated this 9th day of September, 2016.

        MOORE, COCKRELL,
        GOICOECHEA & JOHNSON, P.C.

        /s/ Dale R. Cockrell
        Dale R. Cockrell
        145 Commons Loop, Suite 200
        P.O. Box 7370
        Kalispell, Montana 59904-0370
        Email: dcockrell@mcgalaw.com

*Attorneys for Defendant Pan-American Life Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing document was served upon the following individuals by the means designated below:

[ X] U.S. Mail        Alex K. Evans
[ ] CM/ECF            Michael A. Bliven
[ ] Federal Express   BLIVEN & EVANS TRIAL LAWYERS, P.C.
[ ] Hand-Delivery     278 Fourth Avenue E.N.
[ ] Facsimile         Kalispell, MT  59901
[ ] E-Mail
                      *Attorneys for Plaintiff Janet Heinze*

Dated this 9th day of September, 2016.


                    /s/Dale R. Cockrell
                    Dale R. Cockrell
                    dcockrell@mcgalaw.com