Dale R. Cockrell
MOORE, COCKRELL,
GOICOECHEA & JOHNSON, P.C.
145 Commons Loop, Suite 200
P.O. Box 7370
Kalispell, MT 59904-0370
Telephone: (406) 751-6000
Facsimile:  (406) 756-6522
Email:  dcockrell@mcgalaw.com

*Attorneys for Defendant Pan-American Life Insurance Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| JANET HEINZE, | Cause No. 9:16-CV-00104-DWM |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| PAN-AMERICAN LIFE INSURANCE COMPANY and JOHN DOES 1-4 | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, pursuant to Rule 41, Federal Rules of Civil Procedure, that all of the claims alleged in the above-captioned action have been fully and finally compromised and settled on the merits, and counsel request the Court's Order dismissing the above-captioned action with prejudice, each party to bear its

own costs and fees. A proposed *Order Dismissing All Claims with Prejudice* is attached herewith for the Court's consideration.

        MOORE, COCKRELL,
        GOICOECHEA & JOHNSON, P.C.

Dated: October 11, 2016        /s/ Dale R. Cockrell
        Dale R. Cockrell
        145 Commons Loop, Suite 200
        P.O. Box 7370
        Kalispell, Montana 59904-0370

        *Attorneys for Defendant Pan-American Life Insurance Company*

        BLIVEN & EVANS TRIAL LAWYERS, P.C.

Dated: October 11, 2016        /s/ Alex K. Evans
        Alex K. Evans
        Michael A. Bliven
        278 Fourth Avenue E.N.
        Kalispell, MT  59901

        *Attorneys for Plaintiff Janet Heinze*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing document was served upon the following individuals by the means designated below:

| | |
|---|---|
| [X] U.S. Mail | Alex K. Evans |
| [ ] CM/ECF | Michael A. Bliven |
| [ ] Federal Express | BLIVEN & EVANS TRIAL LAWYERS, P.C. |
| [ ] Hand-Delivery | 278 Fourth Avenue E.N. |
| [ ] Facsimile | Kalispell, MT  59901 |
| [ ] E-Mail | |

*Attorneys for Plaintiff Janet Heinze*

Dated this 11th day of October, 2016.

/s/Dale R. Cockrell
Dale R. Cockrell
dcockrell@mcgalaw.com